**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| **Franklin A. Rothman** | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

September 20, 2024

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        United States v. Khalfan Khamis Mohamed
        <u>98 Cr. 1023(LAK)</u>

Dear Judge Kaplan:

    On June 24, 2024, I wrote Your Honor seeking to be appointed to represent the above referenced defendant by filing a motion for compassionate release. That request was granted on June 25, 2024. I now write, at the request of Mr. Mohamed, seeking to withdraw as his attorney. Because it would violate the attorney client privilege I cannot inform Your Honor of the reason for this request. However, it does not mean that Mr. Mohamed is abandoning his intent to make an application for compassionate release. Rather, I believe that he intends to do so *pro se*.

    If you have any questions regarding this application, please contact my office.

                                         Respectfully submitted,

                                         *David Stern*
                                         David Stern