**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-24

September 20, 2024

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

          United States v. Khalfan Khamis Mohamed
          98 Cr. 1023(LAK)

Dear Judge Kaplan:

    On June 24, 2024, I wrote Your Honor seeking to be appointed to represent the above referenced defendant by filing a motion for compassionate release. That request was granted on June 25, 2024. I now write, at the request of Mr. Mohamed, seeking to withdraw as his attorney. Because it would violate the attorney client privilege I cannot inform Your Honor of the reason for this request. However, it does not mean that Mr. Mohamed is abandoning his intent to make an application for compassionate release. Rather, I believe that he intends to do so *pro se*.

    If you have any questions regarding this application, please contact my office.

                                                   Respectfully submitted,

                                                   *David Stern*

                                                   David Stern

"Granted"
SO ORDERED

LEWIS A. KAPLAN, USDJ
10/15/24