```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                                                                                                                                       98-cr-1023 (LAK)

KHALFAN KHAMIS MOHAMED,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court is in receipt of defendant's motion for compassionate release (Dkt 2240). The motion to seal that motion is granted to the extent that defendant, on or before November 20, 2024, shall file a copy of his motion for compassionate release. That copy shall redact the names of any minors as well as the phone numbers, email addresses, mailing addresses, and medical information of any family members. The motion to seal is otherwise denied.

        The government shall respond to defendant's motion for compassionate release on or before December 20, 2024.

        SO ORDERED.

Dated:    October 15, 2024

                                                                                    _____
                                                                                              Lewis A. Kaplan
                                                                            United States District Judge