# Form 583 Report of Incident

**Incident #:** FLM-18-0083   **Submitted By:** ▇▇▇▇▇▇▇▇   **Date/Time Of Incident:** 8/23/2018 1:20 PM

## Section 1: General Information

**Staff Aware Date:** 8/23/2018 1:20 PM
**FBI Notified:** No   **USMS Notified:** No   **Indicate Where Incident Occurred:** Main Facility
**Location Level 1:** Housing Units   **Level 2:** Housing Units, General Population   **Level 3:** C-Unit

**Type Of Incident**
- [ ] Assault On Inmate
- [ ] Assault On Staff
- [ ] Assault, Attempted On Inmate
- [x] Assault, Attempted On Staff
- [ ] Disruptive Behavior
- [ ] Escape From Non-secure Facility
- [ ] Escape From Secure Facility
- [ ] Escape, Attempted From Non-secure Facility
- [ ] Escape, Attempted From Secure Facility
- [ ] Fight
- [ ] Inmate Death
- [ ] Institution Disturbance
- [ ] Introduction Of Contraband
- [ ] Lethal Weapons Discharge
- [ ] Self Mutilation
- [ ] Setting A Fire
- [ ] Sexual Act, Non-consensual On Inmate
- [ ] Sexual Assault On Staff
- [ ] Sexual Contact, Abusive On Inmate
- [ ] Sexual Harassment, Repetitive
- [ ] Staff Homicide
- [ ] Strike, Food
- [ ] Strike, Work
- [ ] Suicide Attempt
- [ ] Use Of Force
- [x] Use Of Force/Applications Of Restraints
- [ ] Use Of Restraints, Pregnant Inmate

**Institution Locked Down:** No
**Cause Of Incident Known?** No

**Cause Of Incident**
- [ ] Alcohol
- [ ] Commissary
- [ ] Debts
- [ ] Disrespect Issue
- [ ] Drugs
- [ ] Ethnic Conflict
- [ ] Food Issue
- [ ] Geographical Conflict
- [ ] Interfering with Staff duties
- [ ] Property Issue
- [ ] Racial Conflict
- [ ] Recreation Equipment
- [ ] Religious Issue
- [ ] Security Threat Group Conflict
- [ ] Sexual Pressure
- [ ] Sporting Events
- [ ] Telephone
- [ ] Theft
- [ ] Visiting
- [ ] Work Issue

## Section 2: Inmates Involved

**UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

# Form 583 Report of Incident

**Incident #:** FLM-18-0083  **Submitted By:** ▮  **Date/Time Of Incident:** 8/23/2018 1:20 PM

**Reg #:** 44623054  **Name:** MOHAMED, KHALFAN
**Role:** Assailant  **Medical Attention Required:** No  **Injury Category:** No Injury
**Weapon (per inmate):** No  **Use of Force (per inmate):** Yes  **Chemical Used (per inmate):** No
**CIMS:** Yes  **STG:** Yes

**Restraints (per inmate):** Prolonged
  **Restraints Authorized By:** Matevousian, Andre
  **Date/Time Placed In Restraints:** 8/23/2018 1:35 PM
  **Restraint Equipment Used:** ☑ Hard  ☐ Soft
  **Restraint Method Used:** ☑ Ambulatory  ☐ 2-Point  ☐ 4-Point

**Death (per inmate):** No

## Section 3: Others Involved

**Name:** ▮
**Medical Attention Required:** No
**Injury Category:** No Injury
**Sexual Assault:** No

**Person Type:** Staff
**Death:** No
**Staff Injury by Inmate:** No

## Section 4: Lethal Weapon Discharge

No data found.

## Section 5: Use of Force

**Use of Force Classification:** Emergency, Unplanned Use Of Force
**Contained Date:** 8/23/2018 1:21 PM  **Elapsed Time:** 0:01  **Verification Method:** Staff Estimate

| Staff Name | Med Attn Req | Injury Cat. | Role |
| --- | --- | --- | --- |
| ▮ | No | No Injury | Immediate UOF Staff |
| ▮ | No | No Injury | Immediate UOF Staff |
| ▮ | No | No Injury | Immediate UOF Staff |
| ▮ | No | No Injury | Immediate UOF Staff |
| ▮ | No | No Injury | Immediate UOF Staff |
| ▮ | Institution | No Injury | Immediate UOF Staff |
| ▮ | No | No Injury | Immediate UOF Staff |
| ▮ | No | No Injury | Medical |
| ▮ | No | No Injury | UOF Lieutenant |
| ▮ | No | No Injury | Camera Operator |

**Was Incident Videotaped?** Yes
  **If Yes, Was Video Tape Sequential?** No

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

# Form 583 Report of Incident

**Incident #:** FLM-18-0083  **Submitted By:** ▮▮▮▮▮  **Date/Time Of Incident:** 8/23/2018 1:20 PM

**If No, Why:** Break in recording to assemble all staff available for debrief.

### Reason For Use Of Force
- ☑ Displayed Signs Of Imminent Violence
- ☑ Became Violent/Assaultive
- ☑ Enforcement Of Institution Regulations

### Chemicals Used
**Chemical**  **Quantity**
No data found.

### Less-Lethal Weapons Used
**Less-Lethal Weapon**  **Quantity**
No data found.

### Other Equipment Used
**Other Equipment**  **Quantity**
No data found.

## Section 6: Description of Incident

**DESCRIPTION OF INCIDENT (If Use Of Force, include details such as name of supervisor applying the chemical agent and/or restraints, reasons for use of hard restraints instead of soft restraints, etc.) Please be clear about cause(s) of the incident in your description.**

On August 23, 2018, at approximately 1:20 p.m., Inside Control announced a call for staff needs assistance in C-Unit. Specifically, while C-Unit staff were escorting inmate Mohamed, Khalfan, Reg. No. 44623-054, to his assigned cell, he became violent and attempted to pull away from staff during escort. Staff immediately placed inmate Mohamed against the wall to regain control and apply leg restraints. Inmate Mohamed then became combative attempting to assault staff with his head. Inmate Mohamed was immediately placed on the floor with the minimum amount of force necessary to regain control. Upon arrival of responding staff, inmate Mohamed was escorted off range to the C-Unit observation cell. Upon arrival to the observation cell, inmate Mohamed continued to display signs of imminent violence and disruptive behavior by attempting to pull away from staff. Inmate Mohamed was then placed on the ground so staff could regain control. Once under control, inmate Mohamed was scanned with a hand held metal detector, visually searched, provided clean clothing, transitioned into hard ambulatory restraints and medically assessed without further incident. The Acting Warden was notified of the situation and authorized the continuation of hard ambulatory restraints until such time inmate Mohamed can display a pattern of calm, compliant behavior. The inmate received minor injuries and there were no staff injuries reported.

## Section 7: Attachments

| File Date | File Name | Original Entered By | Original Loc. Code |
|---|---|---|---|
| 8/25/2018 | Completed COC on FLM-18-0083.pdf | ▮▮▮▮▮ | FLX |
| 8/24/2018 | Restraint Documentation.pdf | ▮▮▮▮▮ | FLX |

**UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

## Form 583 Report of Incident

Incident #: FLM-18-0083  Submitted By: ▮  Date/Time Of Incident: 8/23/2018 1:20 PM

| Date | File | | Location |
|---|---|---|---|
| 8/24/2018 | Staff Roster.pdf | | FLX |
| 8/24/2018 | Staff medical assessment.pdf | | FLX |
| 8/23/2018 | Daily LT Log.pdf | | FLX |
| 8/23/2018 | Medical Assessment Inmate.pdf | | FLX |
| 8/23/2018 | Camera Operator memo.pdf | | FLX |
| 8/23/2018 | Supervisor Memo.pdf | | FLX |
| 8/23/2018 | Team memos.pdf | | FLX |
| 8/23/2018 | Staff Photo.pdf | | FLX |
| 8/23/2018 | Incident Report.pdf | | FLX |
| 8/23/2018 | Unit Roster.pdf | | FLX |
| 8/23/2018 | SENTRY paperwork.pdf | | FLX |
| 8/23/2018 | Inmate Photo.pdf | | FLX |
| 8/23/2018 | Camera Chain of custody.pdf | | FLX |

Approved By: NOT COMPLE▮



**UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).