USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/25

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

U.S. OF AMERICA V. K.K. MOHAMED, 98-cr-1023 (LAK)
98-cr-1023

## DEFENDANT'S SUPPLEMENTAL NOTICE ON THE DEATH OF HIS MOTHER

The defendant files this notice to inform the court that his mother passed away on Oct. 15, 2024.

Defendant originally mailed his motion for Compassionate release (C.R) doc. 2240, on sept. 25, 2024; about 20-days before his mother's death. The defendant did not inform the Court about the death previously, including at the time when he re-mailed his C.R. motion, following the court's order of oct. 15, 2024 (the court ordering the defendant to refile his motion after redacting some materials attached) because he thought that it will be much appropriate to do that when he files his reply following the government's response. However, few days ago defendant was advised by someone who's both familiar with the law and the pending C.R. motion that he should inform the court about the death of his mother promptly.

Defendant's Intent to File Reply Upon Receiving Government's Response:
Defendant intends to file a reply in support to his C.R. motion. Per the Oct. 15, 2024 Court's order, the government's response was due on Dec. 20, 24. Defendant has not yet received the response. After he receive it, he will Reply accordingly; since he expects that the government will oppose the C.R. motion. In his reply, the defendant intends to argue, among other things, that even after his mother's death, the court should still conclude that defendant's release is appropriate.

Respectfully, dated; Dec. 23, 2024
Khalfan Kh. Mohamed
U.S.P. Florence, Box 7000
Florence Co, 81226

Khalfan Kh. Mohamed
s/ Mohamed

## CERTIFICATE OF SERVICE

I, Khalfan Kh. Mohamed, certify that on Dec. 23, 2024 have mailed my above titled notice to court; addressed: U.S.D.C., 500 Pearl Street, New York, NY 10007.

Date: Dec. 23, 2024
Khalfan Kh. Mohamed
U.S.P. Florence, Box 7000
Florence, CO 81226

Khalfan Kh. Mohamed
s/ Mohamed

EXH: 1

## DECLARATION OF MAILING

I, Khalfan Kh Mohamed, declares under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

On Dec. 23, 2024, I've submitted to the appropriate staff member for mailing my "supplementa'l notice" as a legal mail that meets all requirements for such mail and attached with sufficient postage stamp for the first class mail. Addressed to:

United States District Court
Chambers of Lewis A. Kaplan, 500 Pearl Street, New York, N.Y. 10007.

Dated: Dec. 23, 2024

Khalfan Kh Mohamed
U.S.P. Florence, BOX 7000
Florence, CO 81226

Khalfan Kh Mohamed
s/ Mohammed

Name Khalfan Kh. Mohamed
Reg. No. 44623-053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

DENVER CO 802

27 DEC 2024 PM Legal mail

United States District Court
    Chambers of
Lewis A. Kaplan, 500 Pearl Street
New York, NY 10007

10007-131508

legal mail