UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

Khalfan Khamis Mohamed,

                          Defendant(s).

------------------------------------------------------------x

Copy Mailed to Khalfan Khamis
Mohamed, Reg. 44623-054,
US Penitentiary, P.O. Box 7000
Florence, CO. 81226    AM

98-CR-1023-08 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/25

ORDER

KAPLAN, District Judge.

        Defendant's motion (DI 2248) for a 21 day extension of time to file his reply in support of his motion for compassionate release is granted. The Government's opposition, which indicated mailing to the defendant, was filed on December 20, 2024. Accordingly, Defendant's reply brief is due February 26, 2025.

Dated: February 5, 2025

                                              Lewis A. Kaplan
                                       United States District Judge