USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-1-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America v. Khalfan Kh. Mohamed, 98-cr-1023-8(LAK)

Defendant's Motion for 30-Days Extension to File His Motion for Reconsideration or Notice of Appeal Following the Court's Order of 8/29/2025

Defendant files this Motion asking the Court to extend the deadline to file his Motion for Reconsideration or Notice of Appeal. There's good reason for the Court to grant this motion:

1- On August 29, 2025 this court issued its order "Memorandum and order", denying defendant's Motion for Compassionate Release, doc. 2244.

2- However, defendant didn't receive the Court's order until today, Sept. 22, 2025; he received it as a "regular mail".

3- Defendant is proceeding pro se. And he's housed here at B/A unit, USP-Florence. In the unit that faces frequent lockdowns that further limit defendant's access to the law library from which he needs to conducts some legal research before deciding the appropriate move to do concerning this matter.

For these reasons the Court should extend the deadline to file motion for reconsideration or notice of appeal for 30-additional days.

SO ORDERED [signature]
LEWIS A. KAPLAN, USDJ 10-1-25

Dated: Sept. 22, 2025
Khalfan Kh. Mohamed
USP Florence, Box 7000
Florence, CO 81226                    /s/ mohamed

## CERTIFICATE OF SERVICES

I, Khalfan Kh. Mohamed, hereby certify that on Sept. 22, 2025 have mailed my motion for extention of time, addressed to:
United States District Court
Chambers of L. A. Kaplan,
500 Pearl Street, New York, NY 10007.

Khalfan Kh. Mohamed
USP. Box 7000
Florence, CO 81226                    /s/ mohammed

2

Exh.1

## DECLARATION OF MAILING

I, Khalfan Kh. Mohamed, hereby declares under penalty of perjury pursuant to 28 U.S.C.§ 1746 that the following statement is true and correct:
On Sept. 22, 2025, I have submitted for mailing to the appropriate official my motion for 30 days extention, as a legal mail with sufficient postage stamps for first class of mail. Addressed to:

United States District Court,
Chambers of L.A. Kaplan, 500 Pearl Street,
New York, NY 10007.

Khalfan Kh. Mohamed
USP-Florence, Box~~81000~~
Florence, CO 81126.

Khalfan Kh. Mohamed, #44623-054
U.S.P. Florence, Box 7000
Florence, CO 81226

DENVER CO 802
25 SEP 2025 PM 7 L
1775
Legal mail

USM p3 SDNY

RECEIVED
SEP 29 2025
JUDGE KAPLAN'S CHAMBERS

United States District Court
Chambers of L. A. Kaplan
500 Pearl Street
New York, NY 10007

Legal mail

0007-131608