UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

        98-cr-1023 (LAK)

KHALFAN KHAMIS MOHAMED,

        Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The latest of defendant's *pro se* post conviction filings, which is dated December 11, 2024, states in relevant part:

> "On 8.9.25 [*sic*], the court issued its 'memorandum and order' (the 'Order') in which it denied the defendant Mohamed's (Mohamed) motion for compassionate release ('MCR'), doc. 2244 [*sic*]. Here, Mohamed asks the court to reconsider and alter its above referenced order."

        Reconsideration is appropriate only where the Court has overlooked controlling authority or material facts warranting a different result. *See Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012). "[A]s our former Chief Judge (and later U.S. Attorney General) Mukasey has written, a party seeking reconsideration 'is not supposed to treat the court's initial decision as the opening of a dialogue in which that party may then use such a motion to advance new theories or adduce new evidence in response to the court's rulings.'" *Vringo, Ltd. v. ZTE Corp.*, Nos. 14–cv–4988 (LAK), 15–cv–0986 (LAK), 2015 WL 4743573, at *7 (S.D.N.Y. Aug. 12, 2015) (quoting *Polsby v. St. Martin's Press, Inc.*, No. 97–cv–690 (MBM), 2000 WL 98057, at *1 (S.D.N.Y. Jan. 18, 2000) (internal quotation marks omitted).

        Defendant's papers point out nothing material that the Court overlooked. It simply reargues matters previously rejected by the Court. Moreover, it entirely overlooks the Court's independent and adequate alternative ground for rejecting compassionate release, viz. that such relief would be inappropriate under the Section 3553 factors even if defendant had established extraordinary and compelling reasons.

        Accordingly, defendants December 11 motion is denied.

        SO ORDERED.

Dated:     January 28, 2026

                                                  Lewis A. Kaplan
                                               United States District Judge